FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2025

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SZETH ASLAN MAGNUS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CONGRESS,<br><br>Defendant. | No.  4:25-cv-05027-SAB<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff Szeth Aslan Magnus's construed Motion to Voluntarily Dismiss Complaint. ECF No. 6. Defendant has not been served in this action.

//

//

//

//

//

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE # 1

1   Accordingly, **IT IS ORDERED:**

2   1.      Plaintiff's Motion, ECF No. 6, is **GRANTED**.

3   2.      The Complaint is **DISMISSED WITHOUT PREJUDICE**.

4   **IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order,

5   enter judgment of dismissal without prejudice, provide copies to Plaintiff, and **close**

6   the file.

7   **DATED** April 23, 2025.



Stanley A. Bastian
Chief United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE # 2